# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT GREENEVILLE

ANGELA MAJOR,                          )
                                       )
                Plaintiff,             )
                                       )
v.                                     )          No. 2:14-cv-56-JRG-MCLC
                                       )
STATE OF TENNESSEE,                    )
                                       )
                Defendant.             )

## MEMORANDUM & ORDER

On July 13, 2015, the Court entered a Deficiency Order, warning Plaintiff that, unless within thirty (30) days of that date, she signed the last page of her pleading, returned it to the Clerk's Office, and submitted the proper documents to support her *in forma pauperis* application, the Court would presume that she did not wish to proceed in this action and that she was not indigent, would assess the filing fee, and would order the case dismissed for want of prosecution.

More than thirty days have passed since entry of the Deficiency Order, and Plaintiff has failed to comply with the Order or otherwise respond to it. Accordingly, Plaintiff is **ASSESSED** the filing fee of $350.00 and this action will be **DISMISSED WITHOUT PREJUDICE** for want of prosecution.  Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) (recognizing court's authority to dismiss a case sua sponte for lack of prosecution).

**AN APPROPRIATE ORDER WILL ENTER**.

**ENTER:**

                                                 s/J. RONNIE GREER
                                       UNITED STATES DISTRICT JUDGE