UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| ANGELA MAJOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:14-cv-56-JRG-MCLC |
| | ) | |
| STATE OF TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with the accompanying Memorandum & Order, this pro se prisoner's civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for want of prosecution and failure to comply with the orders of the Court. Fed. R. Civ. P. 41(b). Given the reason for the dismissal, the Court **CERTIFIES** that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, she is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

**SO ORDERED.**

**ENTER:**

*s/Debra C. Poplin*
CLERK OF COURT